IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM CURTIS JONES | § | |
| VS. | § | CIVIL ACTION NO.   1:21-CV-35 |
| BOBBY LUMPKIN, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff William Curtis Jones, a former prisoner, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Bobby Lumpkin, Thomas John Burbank, Michael L. Davis, and Clinton Lewis.

    The Court ordered that this matter be referred to the magistrate judge for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the claims against the Texas Department of Criminal Justice pursuant to 28 U.S.C. § 1915(e).

    The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 20) is **ADOPTED**. A final judgment will be entered in accordance with this memorandum order.

**SIGNED** this the **16** day of **June, 2021.**

_____
Thad Heartfield
United States District Judge